

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00349-CV

**IN THE INTEREST OF A.L.R., A CHILD**,
Appellant

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3688CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Appellant's motion to file his brief late is GRANTED. Appellant's brief was filed on July 31, 2019. Appellee's brief is due on or before **August 20, 2019**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court